IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
C.A. No. 1:13-cv-277

| | |
|---|---|
| MONESHA STATON,<br>        Plaintiff,<br><br>vs.<br><br>NORTH STATE ACCEPTANCE, LLC, and<br>EQUIFAX INFORMATION SERVICES,<br>LLC,<br>        Defendants. | **MOTION TO STRIKE<br>AFFIRMATIVE DEFENSES OF<br>DEFENDANT NORTH STATE<br>ACCEPTANCE, LLC** |

**Relief Sought**

Plaintiff moves the court for an order striking the affirmative defenses numbered 1, 2, 3, 4, and 6 of Defendant's NORTH STATE ACCEPTANCE, LLC's Answer to her Complaint (Dkt. # 11) pursuant to Fed. R. Civ. P. 12(f).

**Grounds for Relief**

The grounds for this Motion are explained in the accompanying Brief in support of this Motion.

**Record Supporting Motion**

This Motion is based on this Notice of Motion, the brief, exhibits, and case law submitted herewith, if any, and the pleadings and papers on file in this action and upon further evidence that may be presented at the time of oral hearing on this matter, if any is held. This Motion is made pursuant to Local Rules 7.2 and 7.3.

This the 6th day of May, 2013.

                              Respectfully submitted,

                              By:    /s/ Suzanne Begnoche
                                       SUZANNE BEGNOCHE

Suzanne Begnoche, Attorney at Law
Attorney for Plaintiff
NCSB # 35158
312 West Franklin Street
Chapel Hill, NC  27516
begnoche@mindspring.com
Telephone: (919) 960-6108
Facsimile: (919) 500-5289

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
C.A. No. 1:13-cv-277

| | |
|---|---|
| MONESHA STATON, )<br>         Plaintiff, )<br>)<br>vs. )<br>)<br>NORTH STATE ACCEPTANCE, LLC, and )<br>EQUIFAX INFORMATION SERVICES, )<br>LLC, )<br>         Defendants. )<br>_____ ) | **CERTIFICATE OF SERVICE** |

  This is to certify that I have this day electronically filed the **Motion to Strike Affirmative Defenses of Defendant North State Acceptance, LLC** with the Clerk of the Court using the CM/ECF system, which will send a copy to Defendants' attorneys:

| | |
|---|---|
| Kendall Carter, Esq.<br>Attorney for Equifax<br>King & Spalding LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309-3521<br>kcarter@kslaw.com | David G. Guidry, Esq.<br>Attorney for Equifax<br>King & Spalding LLP<br>100 North Tryon Street, Suite 3900<br>Charlotte, North Carolina 28202<br>dguidry@kslaw.com |

Robert D. Church, Esq.
Attorney for North State Acceptance, LLC
8801 Fast Park Drive, Suite 301
Raleigh, NC  27617
robertchurch@live.com

  THIS the 6th day of May, 2013.

        Respectfully submitted by: /s/ Suzanne Begnoche
                     Suzanne Begnoche, Attorney at Law
                     Attorney for Plaintiff
                     NCSB # 35158
                     312 West Franklin Street
                     Chapel Hill, NC  27516
                     Telephone: (919) 960-6108
                     Facsimile: (919) 500-5289
                     begnoche@mindspring.com